**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **DANIEL EDWARD COSTELLO, ET AL.,** | § § § | |
| **Plaintiff,** | § § § | **CIVIL NO. 1:25-CV-1263-ADA-DH** |
| **v.** | § § | |
| **TROPICAL PARADISE d/b/a COOL TROPICS,** | § § § | |
| **Defendant.** | § | |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin M. Howell.  ECF No. 14.  The report recommends that this Court **DENY** Defendant's Motion to Dismiss (ECF No. 6).

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).  The district court may decline a party's request to hear new evidence not before the Magistrate Judge.  Fed. R. Civ. P. 72(b)(3).

Defendant filed objections on March 19, 2026.  ECF No. 15.  The Court has conducted a *de novo* review of Plaintiffs' complaint, the applicable laws, Defendant's Motion, and Defendant's

objections. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

 **IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Howell (ECF No. 14) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant's objections are **OVERRULED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss is **DENIED**.

**SIGNED** 04/01/2026.

**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**

2